

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
The Honorable Joey Contreras, Judge Presiding

# O R D E R

On December 5, 2017, appellant filed his notice of appeal. On February 6, 2018, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court